UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRELL A. RICHARDSON,

    Plaintiff,                                                    Civil Action No. 13-CV-11769

vs.                                                           HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on cross motions for summary judgment [docket entries 8, 12]. Magistrate Judge Charles E. Binder has submitted a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be denied and that defendant's motion be granted. Neither party has objected to the R&R and the objection period has expired. The Court has reviewed the parties' motions, the administrative record, and the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Binder's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                             _s/ Bernard A. Friedman_____
Dated: August 13, 2014             BERNARD A. FRIEDMAN
      Detroit, Michigan            SENIOR UNITED STATES DISTRICT JUDGE